| | |
|---|---|
| **To:** | The Honorable Max O. Cogburn, Jr.<br>U.S. District Court Judge |
| **From:** | Bonney Price<br>Senior United States Probation Officer |
| **Subject:** | **Stanley Nathaniel Davis**<br>Case Number: 0419 3:97CR00180- 005<br>**REQUEST TO DESTROY SEIZED PROPERTY** |
| **Date:** | 6/27/2023 |



**NORTH CAROLINA WESTERN
MEMORANDUM**

---

On 09/3/1998, the defendant was sentenced pursuant to a conviction for Conspiracy to Possess with Intent to Distribute and Distribute Heroin Near a Protected Location, in violation of 21 U.S.C. §§ 846, 841(a)(1), 851 & 860, a Class A Felony. He was ordered to serve two hundred forty months (240) months imprisonment with ten (10) years of supervised release. His term of supervised release commenced on 04/13/2021. The following property was seized from the defendant during his last term of supervision: 1) digital scale, 2) white powder, 3) digital scale, 4) wallet, 5) electronic card (EBT), 6) electronic card (bank), 7) Nokia cellphone, 8) Apple iPhone and 9) white pills. These items were seized from the defendant's residence on 03/15/2022. His term of supervised release was revoked and sentenced to an eighteen (18) month imprisonment term, followed by an additional five (5) years supervised release. The probation office neglected to make a request of destruction of the seized property at time of revocation. Items #4, #7 and #8 were returned to the defendant on 06/26/2023. It is respectfully requested that Your Honor authorized the destruction of items #1, #2, #3, #5, #6 and #9.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 980-613-1463, should you have any questions.

---

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: June 27, 2023

Max O. Cogburn Jr
United States District Judge